# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR**:  ORLANDO A. MARTINEZ**     JOINT DEBTOR: **MATILDE MARTINEZ** CASE NO.:_____
Last Four Digits of SS# XXX-XX-8828  Last Four Digits of SS# XXX-XX-4427

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.      $__93.37__ for months __1__ to __36__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3650 + 775 (Motion to value) = 4,425.00     TOTAL PAID $1,500.00
                   Balance Due  $ 2,925.00   payable $___81.25__/month (Months 1 to 36 )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____None_____          Arrearage on Petition Date  $_____
Address:_____       Arrears Payment $_____/month (Months _____ to _____)
                            Regular Payment $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Owen Loan Servicing, LLC P.O. Box  780 Waterloo, IA 50704 Account No. 0359401607 | 1194 SW 210th Terrace Miami, FL 33177 Appraisal by: PMR Appraisals Inc. $120,000 | 0  % | $ 0.00 | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____     Total Due  $_____
                   Payable  $_____/month (Months___ to ___) Regular Payment $____

Unsecured Creditors:  Pay $_2.78__/month (Months 1_ to _36 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq._____            /s/ Robert Sanchez, Esq._____
Attorney for the Debtor                       Attorney for the Joint Debtor
Date:_10/21/2014_____                   Date:_10/21/2014_____

LF-31 (rev. 06/02/08)