Certificate Number: 17082-FLS-CC-024360825



17082-FLS-CC-024360825

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 14, 2014, at 4:19 o'clock PM MST, MATILDE MARTINEZ  received from Summit Financial Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 14, 2014                        By:      /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:    Executive Director

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).