IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re: Chapter 13

Orlando A. Martinez and Matilde Martinez   Case No. 14-33365-AJC

        Debtors.
_____/

**EX-PARTE MOTION TO WAIVE**
**DEBTOR'S APPEARANCE AT 341 MEETING**

**COME NOW,** Counsel for the Debtors, Orlando A. Martinez and Matilde Martinez and file this Ex-Parte Motion to Waive Debtor Appearance at 341 Meeting and in support thereof would state as follows:

1. Debtors filed a voluntary bankruptcy petition under Chapter 13 of the United States Bankruptcy Code in this Court on October 21, 2014.
2. The 341 Meeting of Creditors is scheduled for December 4, 2014 before Nancy N. Neidich, Trustee.
3. Since the filing of the petition, the debtor has passed away.
4. Debtor's wife has sufficient knowledge about debtor's financial situation to appear on his behalf.

**WHEREFORE,** Counsel respectfully request that this Court grant this Ex-parte Motion to Waive Debtor Appearance at 341 Meeting.

**CERTIFICATE OF ADMISISON**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Ex-Parte Motion to Waive Debtors Appearance at the 341 Meeting of Creditors was cm/ecf to: Nancy N. Neidich, Trustee on November 7, 2014.

Robert Sanchez, Esq.
355 West 49th Street
Hialeah, FL 33012
Tel. (305)-687-8008

By:   */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161