

ORDERED in the Southern District of Florida on November 10, 2014.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

A. Jay Cristol, Judge
United States Bankruptcy Court

In Re:
Orlando A. Martinez
   and
Matilde Martinez

Case No. 14-33365-AJC
Chapter 13

_____/

### ORDER GRANTING EX-PARTE MOTION TO WAIVE DEBTOR'S APPEARANCE AT 341 MEETING

**THIS CAUSE** having come upon Debtors *ExParte* Motion to Waive Debtor's Appearance at 341 Meeting and the Court having reviewed the Motion and the Court file, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. Debtor's Ex-Parte Motion to Waive Debtor's Appearance at the 341 Meeting of Creditors is GRANTED.

2. Joint Debtor, Matilde Martinez, will testify on the debtor's behalf at the 341 Meeting of Creditors.

### ###

Debtor's counsel is directed to deliver true copies of the foregoing Order to all interested parties.